CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 22 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MONTY E. WRIGHT, | CASE NO. 7:13CV00344 |
| Plaintiff, | |
| v. | FINAL ORDER |
| WILLIAM W. MUSE, ET AL., | By: James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice as legally frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 22nd day of October, 2013.

/s/ James C. Turk
Senior United States District Judge